| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Takesha Braswell** | Social Security number or ITIN  xxx–xx–3077 |
|  | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Alabama** | | |
| Case number:  **13–31679** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Takesha Braswell

Dated October 30, 2017

*Dwight A. Williams, Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                **Chapter 13 Discharge**                page 1

Case 13-31679   Doc 32   Filed 11/01/17   Entered 11/02/17 00:20:10   Desc Imaged
Certificate of Notice   Page 1 of 4

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                               United States Bankruptcy Court
                                 Middle District of Alabama
In re:                                                             Case No. 13-31679-DHW
Takesha Braswell                                                   Chapter 13
         Debtor                   CERTIFICATE OF NOTICE
District/off: 1127-2          User: kcopeland              Page 1 of 2             Date Rcvd: Oct 30, 2017
                              Form ID: 3180W              Total Noticed: 49
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2017.
```
db             #+Takesha Braswell,    5702 Worchester Dr.,    Montgomery, AL 36116-1124
aty            +Richard D. Shinbaum,    Shinbaum & Campbell,    P.O. Box 201,    Montgomery, AL 36101-0201
aty            +Richard G. Moxley, III,    Holloway & Moxley, LLP,    P.O. Box 4953,    Montgomery, AL 36103-4953
cr             +Rockingham Manor,    c/o Holloway & Moxley, LLP,    PO Box 4953,    Montgomery, AL 36103-4953
2913965        +(EAST) THE HEALTH CARE AUTHORITY FOR BAPTIST HEALT,    c/o CHAMBLESS-MATH & CARR, PC,
                 P.O. BOX 230759,    MONTGOMERY, AL 36123-0759
2913963        +(SOUTH) THE HEALTH CARE AUTHORITY FOR BAPTIST HEAL,    c/o CHAMBLESS-MATH & CARR, PC,
                 P.O. BOX 230759,    MONTGOMERY, AL 36123-0759
2877658        +ALABAMA STATE UNIVERSITY,    PO BOX 271,    Montgomery, AL 36101-0271
2877659        +BAPTIST MEDICAL CENTER,    2105 EAST SOUTH BOULEVARD,    MONTGOMERY, AL 36116-2409
2877660        +BAPTIST MEDICAL CENTER EAST,    PO BOX 241145,    Montgomery, AL 36124-1145
2877663        +DCI FOR ATT,    10550 DEERWOOD PARK BLVD STE 708,    Jacksonville, FL 32256-2810
2877664        +DCI FOR TMOBILE,    10550 DEERWOOD PARK BLVD STE 708,    Jacksonville, FL 32256-2810
2877654         EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
2877656         EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
2877677        +ICUL DISC,    1807 W DIEHL ROAD,    Naperville, IL 60563-1890
2877680        +JACKSON HOSPITAL,    1725 PINE STREET,    Montgomery, AL 36106-1117
2877681         KNOLOGY,    1241 O. G. SKINNER DRIVE,    West Point, GA 31833-1789
2877684        +ROCKINGHAM MANOR,    HOLLOWAY & MOXLEY,    PO BOX 4953,    Montgomery, AL 36103-4953
2880362        +Richard G. Moxley III,    P.O. Box 4953,    Montgomery, AL 36103-4953
2994273         Sallie Mae Inc on behalf of the Dept of Education,    Department of Education,
                 P. O. Box 740351,    Atlanta, GA    30374-0351
2896102         Sallie Mae Inc. on behalf of ECMC,    P.O Box 16408,    Saint. Paul, MN 55116-0408
2877686        +Sierra Lending,    P.O. Box 14065,    Lenexa, KS 66285-4065
2877655         TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19022-2000
2877688        +TRI RIVERS CREDIT UNION,    400 ARBA STREET,    Montgomery, AL 36104-5106
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +E-mail/Text: trustees_office@ch13mdal.com Oct 30 2017 21:05:32     Sabrina L. McKinney,
                 P.O. Box 173,    Montgomery, AL 36101-0173
2877657        +Fax: 864-336-7400 Oct 30 2017 21:38:03     ADVANCE AMERICA,    6533 ATLANTA HIGHWAY,
                 Montgomery, AL 36117-4226
2882086        +EDI: CINGMIDLAND.COM Oct 30 2017 20:48:00     AT&T Mobility II LLC,    % AT&T Services, Inc,
                 Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
2884137         EDI: AIS.COM Oct 30 2017 20:48:00     American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK   73124-8848
2877661        +E-mail/Text: bankruptcy.dept@cadencebank.com Oct 30 2017 21:05:28     CADENCE BANK,
                 17 N 20TH STREET,    Birmingham, AL 35203-4023
2877662        +EDI: CMIGROUP.COM Oct 30 2017 20:48:00     CREDIT MGT,    4200 INTERNATIONAL PKWY,
                 Carrollton, TX 75007-1912
2877665        +EDI: NAVIENTFKASMDOE.COM Oct 30 2017 20:48:00     DPT ED/ SLM,    PO BOX 9635,
                 Wilkes Barre, PA 18773-9635
2898755         Fax: 614-760-4092 Oct 30 2017 21:48:03     Easy Money,    7001 Post Road,    Ste 200,
                 Dublin, OH 43016
2877667        +Fax: 614-760-4092 Oct 30 2017 21:48:03     EASY MONEY,    3101 ATLANTA HIGHWAY,
                 Montgomery, AL 36109-3433
2921262         EDI: ECMC.COM Oct 30 2017 20:48:00     ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
2877668        +EDI: AMINFOFP.COM Oct 30 2017 20:48:00     FST PREMIE,    3820 N LOUISE AVE,
                 Sioux Falls, SD 57107-0145
2877669         EDI: RMSC.COM Oct 30 2017 20:48:00     GECRB/AMEG,    PO BOX 965005,    Orlando, FL 32896-5005
2877670        +EDI: RMSC.COM Oct 30 2017 20:48:00     GECRB/AMZN,    PO BOX 965015,    Orlando, FL 32896-5015
2877671        +EDI: RMSC.COM Oct 30 2017 20:48:00     GECRB/BELK,    P.O. BOX 965028,    Orlando, FL 32896-5028
2877672        +EDI: RMSC.COM Oct 30 2017 20:48:00     GECRB/GCAP,    P O Box 965005,    Orlando, FL 32896-5005
2877673        +EDI: RMSC.COM Oct 30 2017 20:48:00     GECRB/JCP,    PO BOX 965008,    Orlando, FL 32896-5008
2877674        +EDI: RMSC.COM Oct 30 2017 20:48:00     GECRB/OLD NAVY,    PO BOX 981400,
                 El Paso, TX 79998-1400
2877675        +EDI: RMSC.COM Oct 30 2017 20:48:00     GECRB/WLMT,    PO BOX 965024,    Orlando, FL 32896-5024
2877676        +EDI: IIC9.COM Oct 30 2017 20:48:00     IC SYSTEMS,    PO BOX 64378,    Saint Paul, MN 55164-0378
2877679         EDI: IRS.COM Oct 30 2017 20:48:00     INTERNAL REVENUE SERVICE,    INSOLVENCY,
                 801 TOM MARTIN DR., ROOM 126,    BIRMINGHAM, AL 35211
2947294         EDI: PRA.COM Oct 30 2017 20:48:00     Portfolio Recovery Associates, LLC,    PO Box 12914,
                 Norfolk VA 23541
2877682        +E-mail/Text: bankruptcy@gopfs.com Oct 30 2017 21:05:17     PRESTIGE FINANCIAL,    PO BOX 26707,
                 Salt Lake City, UT 84126-0707
2877683         E-mail/Text: newbk@Regions.com Oct 30 2017 21:04:50     REGIONS,
                 Credit Information Departmetn,    P.O. Box 10063,    Birmingham, AL 35202-0063
2897368         EDI: NEXTEL.COM Oct 30 2017 20:48:00     Sprint Nextel,    Attn Bankruptcy Dept,    PO Box 7949,
                 Overland Park KS 66207-0949
2877685        +EDI: NAVIENTFKASMSERV.COM Oct 30 2017 20:48:00     Sallie Mae,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
2877687        +E-mail/Text: bankruptcy@speedyinc.com Oct 30 2017 21:04:15     Speedy Cash,
                 1501 Eastern Bypass,    Montgomery, AL 36117-1605
                                                                                              TOTAL: 26
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2877678*        INTERNAL REVENUE SERVICE,    P O BOX 7317,    Philadelphia, PA 19101-7317
2957429*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk, VA 23541)
2877666       ##+DR JEFFERSON UNDERWOOD,    2171 NORMANDIE DRIVE,    Montgomery, AL 36111-2728
2883951       ##+Jefferson Underwood,    2171 Normandie Drive,    Montgomery, AL 36111-2728
                                                                             TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2017 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Richard D. Shinbaum    on behalf of Debtor Takesha  Braswell rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Richard G. Moxley, III    on behalf of Creditor   Rockingham Manor rmoxley@hollowaymoxley.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                       TOTAL: 4
```